UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | 20-CR-10191-NMG |
| | ) | |
| BRIAN MCCARTHY | ) | |

## MOTION TO WITHDRAW MOTION FOR RELEASE WITHOUT PREJUDICE

Now comes Mr. McCarthy and hereby moves this Honorable Court to withdraw his pro se "Emergency Motion for Release on Conditions Based on Changed Circumstances and COVID-19 Pandemic," Dkt. 27, without prejudice. In support thereof, Mr. McCarthy and counsel have discussed the issue and Mr. McCarthy has indicated that he does not wish to pursue the motion at this time. Should Mr. McCarthy seek to exercise his rights to release proceedings in the future, counsel will either file an appeal of the Court's detention order, or a new release motion based on changed circumstances.

BRIAN MCCARTHY
By his attorney,

/s/ Joshua Hanye
Joshua Hanye
B.B.O. # 661686
Federal Defender Office
51 Sleeper Street, 5th Floor
Boston, MA  02210
Tel: 617-223-8061

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that this document, filed through the ECF system, will be sent electronically to the registered Participants as identified on the Notice of Electronic Filing (NEF) on January 29, 2021.

<u>*/s/ Joshua Hanye*</u>
Joshua Hanye